UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-10554 |
| | | CHAPTER 13 |
| JOSEPH A. SIMPSON, JR. | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916429 | $320.34 |

Creditor(s)
PHH Mortgage Service
4001 Leadenhall Road
Mail Stop SV-01
Mount Laurel, NJ 08054

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.
    Chapter 13 Trustee
    Attorney No. OH 0030377

    Francis J. DiCesare, Esq.
    Staff Attorney
    Attorney No. OH 0038798

    Karolina F. Perr, Esq.
    Staff Attorney
    Attorney No. OH 0066193

    600 Vine Street, Suite 2200
    Cincinnati, OH 45202
    (513) 621-4488
    (513) 621 2643 (Facsimile)
    mburks@cinn13.org - Correspondence only
    fdicesare@cinn13.org
    kperr@cinn13.org
    cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, January 20, 2010.

                                                        /s/    Margaret A. Burks, Esq.
                                                                     Margaret A. Burks, Esq.

| | |
|---|---|
| PHH Mortgage Service<br>4001 Leadenhall Road<br>Mail Stop SV-01<br>Mount Laurel, NJ 08054 | Debtor(s) Counsel<br>HENRY D. ACCIANI, ESQ.<br>2200 KROGER BUILDING<br>1014 VINE STREET<br>CINCINNATI, OH  45202 |
| Debtor(s)<br>JOSEPH A. SIMPSON, JR.<br>8195 WEST MILL STREET<br>APT 290<br>CLEVES, OH  45002 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |